Edwards Hill Apartments, Inc. et al., Appellants,
v. Gulf Refining Company.

Argued November 25, 1969. Before BELL, C. J.,
JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY,
JJ.

*Earl F. Glock*, with him *Glock and Mayer*, for appellants.

*S. R. Di Francesco, Sr.*, with him *George M. Spence* and *R. Bruce Menke*, for appellees.

OPINION PER CURIAM, January 30, 1970:
Decree affirmed.   Each party to bear own costs.